IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GREGG ALLEN ZINDELL, | Cause No. CV 24-63-H-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JIM SALMONSEN, CHRIS NORDSTROM, and SAM GRIFFEL, | |
| Defendants. | |

Plaintiff Gregg Allen Zindell filed a request for injunctive relief for vindication of his Fourteenth Amendment rights. (Doc. 2.) The Complaint was construed as an action under 42 U.S.C. § 1983. It failed to state a claim and was subject to dismissal. (Doc. 6.) Zindell was given the opportunity to amend. His Amended Complaint likewise fails to state a claim for relief and will be dismissed. (Doc. 7.)

The Court's prior Order explained, in detail, the deficiencies in Zindell's Complaint, including his failure to state facts that successfully alleged claims against viable defendants. Zindell's Amended Complaint fails to heed the directions of the Court's prior Order and fails to allege any facts that state a claim for a violation of his constitutional rights. Thus, for the reasons outlined in the Court's prior Order, Zindell's Amended Complaint is dismissed for failure to state

1

a claim.

Accordingly, it is HEREBY ORDERED:

1. Zindell's Complaint is DISMISSED for failure to state a claim. The Clerk of Court is directed to enter judgment.

2. The Clerk shall have the docket reflect that the filing of this Complaint counts as a strike against Zindell within the meaning of 28 U.S.C. § 1915. Any appeal would not be taken in good faith.

DATED this 28th day of October, 2024.

Susan P. Watters, District Judge
United States District Court